## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PLAN PROS INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV136 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **WILLIAM J. TORCZON,** | ) | |
| **INFINITY HOMES, INC.,** | ) | |
| **COBBLESTONE HOMES, INC.,** | ) | |
| **BRIAN W. TORCZON,** | ) | |
| **DARLENE M. TORCZON,** | ) | |
| **CHRIS WILDRICK,** | ) | |
| **EDWARD BLAINE,** | ) | |
| **NP DODGE REAL ESTATE SALES, INC.,** | ) | |
| **BETTY MAY SULLIVAN, Trustee,** | ) | |
| **ANNA M. EGEA,** | ) | |
| **FRANCIS ROY, Trustee, and** | ) | |
| **ALICE ROY, Trustee,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record for Defendants (Filing No. 28) filed by the law firm of Stinson Morrison Hecker LLP and attorneys Mark J. Peterson, Nora M. Kane and Victor C. Padios.[1] These attorneys seek leave to withdraw as counsel for the defendants Infinity Homes, Inc., Cobblestone Homes, Inc., William J. Torczon, Brian W. Torczon, Darlene M. Torczon, Chris Wildrick, Betty May Sullivan, Ann M. Egea, Francis Roy, and Alice Roy. Substitute counsel has now entered an appearance on behalf of each of these defendants. **See** Filing No. 31. For good cause shown pursuant to NEGenR 1.3(f), the law firm of Stinson Morrison Hecker LLP and attorneys Mark J. Peterson, Nora M. Kane and Victor C. Padios are granted leave to withdraw as counsel for the above-listed defendants. Accordingly,

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. This document also contains links to the Nebraska local rules. The hyperlinked documents appear in blue underlined text. Except with regard to the local rules, access to the hyperlinked material is subject to fees pursuant to user agreements. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record for Defendants ([Filing No. 28](#)) is granted.

2. The Clerk of Court shall stop all electronic notices to Mark J. Peterson, Nora M. Kane and Victor C. Padios regarding this case.

DATED this 11th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge