### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PLAN PROS INC.,** | ) | |
| | ) | 8:08CV136 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **EDWARD BLAINE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Liakos & Matukewicz LLP and its attorneys (Filing No. 37) to withdraw as counsel for the defendant Edward Blaine. The movants state Mr. Blaine has terminated the services of Liakos & Matukewicz LLP and its attorneys by written notice. The movants served a copy of their motion on Mr. Blaine. The court will afford Mr. Blaine an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Liakos & Matukewicz LLP and its attorneys' motion to withdraw (Filing No. 37) is held in abeyance.

2. Edward Blaine shall have to **on or before December 10, 2008**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, Mr. Blaine will be considered proceeding *pro se* and counsel for the other parties may communicate with Mr. Blaine directly regarding this case.

3. Moving counsel shall serve a copy of this order on their client and file a certificate of such service with the court.

DATED this 10th day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge