IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PLAN PROS INC.,** | ) | |
| | ) | **8:08CV136** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **EDWARD BLAINE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Liakos & Matukewicz LLP and its attorneys (Filing No. 37) to withdraw as counsel for the defendant Edward Blaine. The movants state Mr. Blaine has terminated the services of Liakos & Matukewicz LLP and its attorneys by written notice. The movants served a copy of their motion on Mr. Blaine. The court gave Mr. Blaine an opportunity to respond to the motion and/or obtain substitute counsel until December 10, 2008. Mr. Blaine has not responded and no substitute counsel has entered an appearance. Under the circumstances, the movants have shown good cause to withdraw from their representation of Mr. Blaine. Upon consideration,

**IT IS ORDERED:**

1. Liakos & Matukewicz LLP and its attorneys' motion to withdraw for the defendant Edward Blaine (Filing No. 37) is granted.

2. Edward Blaine is hereby considered proceeding pro se and counsel for the other parties may communicate with him directly regarding this case

3. Edward Blaine must keep the court informed of his current address and telephone number at all times while this case is pending. **See** NEGenR 1.3(e). Edward Blaine must notify the court of his current telephone numbers as soon as possible, but in any event no later than **January 12, 2009**, in writing by filing a notice containing the information with the Clerk of Court.

4. The Clerk of Court shall send a copy of this order to Edward Blaine at his last known address:

                  Edward Blaine
                  14405 N. 47th Street
                  Omaha, NE 68152

DATED this 11th day of December, 2008.

                                              BY THE COURT:

                                              s/Thomas D. Thalken
                                              United States Magistrate Judge