IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLAN PROS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CV136 |
| vs. | ) | |
| | ) | ORDER |
| WILLIAM J. TORCZON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 26, 2009, the court entered a text order granting the plaintiff's Motion for Leave to Amend Complaint, upon the representation that the motion was unopposed. That representation was made in error. Accordingly,

**IT IS ORDERED** that plaintiff's Motion for Reconsideration (Doc. 53) and the Motion for Relief (Doc. 54) filed by defendant NP Dodge Real Estate Sales, Inc. are granted, as follows:

1. The text order filed February 26, 2009 is vacated and plaintiff's Motion for Leave to Amend Complaint (Doc. 50) remains pending.

2. Adverse parties are given until and including **March 16, 2009** to file responses or objections to the motion.

3. Plaintiff is given until March 26, 2009 to file a reply brief if plaintiff wishes to do so.  See NECivR 7.1(c).

4. Defendant's request for sanctions pursuant to 28 U.S.C. § 1927 is denied.

**DATED March 2, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**