IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLAN PROS, INC., | ) | Case No.  8:08cv136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WILLIAM J.  TORCZON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Dana LeJune, counsel for Plaintiff,

**IT IS ORDERED:**

1.  On or before **December 24, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov,  a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The final pretrial conference set for December 6, 2010 with the undersigned, is cancelled upon the representation that this case is settled.

Dated this 24th day of November 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge