IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PLAN PROS, INC., | ) | Case No. 8:08-cv136 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM J. TORCZON, INFINITY HOMES, INC., COBBLESTONE HOMES, INC., BRIAN W. TORCZON, DARLENE M. TORCZON, CHRIS WILDRICK, EDWARD BLAINE, and NP DODGE REAL ESTATE SALES, INC., | ) ) ) ) ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court on Plaintiff Plan Pros, Inc.'s and Defendants William J. Torczon, Infinity Homes, Inc., Cobblestone Homes, Inc., Brian Torczon, Darlene M. Torczon, and Chris Wildrick's Joint Stipulation to Dismiss William J. Torczon, Infinity Homes, Inc., Cobblestone Homes, Inc., Brian Torczon, Darlene M. Torczon, and Chris Wildrick NP Dodge Real Estate Sales, Inc. with Prejudice pursuant to Fed. R. Civ. P. 41(a)(ii). The Court, having reviewed the Joint Stipulation, having reviewed the file, and being otherwise fully advised in the premises finds that Defendants William J. Torczon, Infinity Homes, Inc., Cobblestone Homes, Inc., Brian Torczon, Darlene M. Torczon, and Chris Wildrick are hereby dismissed from the above-captioned action with prejudice. Plaintiff Plan Pros, Inc. and Defendants William J. Torczon, Infinity Homes, Inc., Cobblestone Homes, Inc., Brian Torczon, Darlene M. Torczon, and Chris Wildrick have each paid their own attorney's fees and costs in connection with this action and waive a complete record.

**IT IS SO ORDERED.**

DATED this 23rd day of December, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
District Court Judge

Prepared and Submitted By:  Approved as to Form:

By /s *Dana A. LeJune*  
Dana A. LeJune        #12188250  
6525 Washington Avenue  
Suite 300  
Houston, Texas  77007  
(713) 942-9898  
ATTORNEY FOR  
PLAN PROS, INC.

By */s Patrick S. Cooper*  
Patrick S. Cooper, # 22399  
Fraser Stryker PC LLO  
500 Energy Plaza  
409 South 17th Street  
Omaha, Nebraska 68102  
(402) 978-5376  
ATTORNEYS FOR DEFENDANTS

570258.01